McINNIS ET AL. *v.* OGILVIE, GOVERNOR OF
ILLINOIS, ET AL.

No. 1033.   Decided March 24, 1969.

*Stanley A. Bass* for appellants.

*William J. Scott,* Attorney General of Illinois, and
*Francis T. Crowe,* Assistant Attorney General, for
appellees.

*Arthur H. Dean, Louis F. Oberdorfer, Frederick A.
Ballard, John B. Jones, Jr.,* and *William B. Beebe* for
the Urban Coalition et al. as *amici curiae,* and *Joseph L.
Rauh, Jr., John Silard, Elliott C. Lichtman, Benjamin V.
Cohen, J. Albert Woll, Thomas E. Harris, John Ligten-
berg, Stephen I. Schlossberg, Derrick A. Bell, Jr.,* and
*Harold W. Horowitz* for the American Federation of
Labor-Congress of Industrial Organizations et al. as
*amici curiae.*   Briefs of *amici curiae* were also filed by
San Francisco Neighborhood Legal Assistance Founda-
tion et al. and by Coons et al.

PER CURIAM.

The motions of Urban Coalition et al., American Fed-
eration of Labor-Congress of Industrial Organizations
et al., John E. Coons et al., and San Francisco Neighbor-
hood Legal Assistance Foundation et al., for leave to
file briefs as *amici curiae* are granted.

The motion to affirm is granted and the judgment is
affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable
jurisdiction should be noted and the case set for oral
argument.